IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-03013-RBJ

REGENTS OF THE UNIVERSITY OF COLORADO,

    Plaintiff,

v.

ILLINOIS UNION INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING PARTIES' STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

The Parties' Stipulated Motion to Dismiss with Prejudice [20] is granted.

It is further ordered that the above civil action is dismissed with prejudice against all parties, each party to bear its own fees, costs, and expenses.

DATED this 10th day of May, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge